IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JULIA LEMONS                                                                                                PLAINTIFF

V.                                       CASE NO. 3:16-CV-00085-BD

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION                                                                                     DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.  Judgment is entered in favor of the Commissioner.

DATED this 26th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE